# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MONIQUE SINKFIELD,

    Plaintiff,

v.                                       Case No. 13-10418

STATE FARM INSURANCE, INC.,

    Defendant.

                                        /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment" dated November 07, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant State Farm Insurance, Incorporated. Dated at Detroit, Michigan, this 7th day of November 2013.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                                        s/ Lisa Wagner
                                                   By: Lisa Wagner, Case Manager
                                                     to Judge Robert H. Cleland